UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Ralph Ernest Arnn, | § | Case No. 21-50317-CAG |
| | § | |
| Debtor | § | Chapter 7 |

**Trustee's Response to the Motion to Sell Mineral and Royalty Interests in Gaines County, Texas to Platform Energy IV, LLC Free and Clear of Liens [Doc. No. 33]**

TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe, Trustee, and makes and files this Response to the Motion to Sell Mineral and Royalty Interests in Gaines County, Texas to Platform Energy IV, LLC Free and Clear of Liens [Doc. No. 33], and in support thereof respectfully represents to the Court as follows:

**1.**

On August 11, 2021, the Trustee filed a Motion to sell mineral and royalty interests in Gaines County, Texas to Platform Energy IV, LLC, for the amount of $38,000.00, docket 33.

**2.**

On August 12, 2021, before the expiration of the 21 day negative notice language in the sale Motion, the Trustee received from Red River Oil & Gas, LLC an offer to pay $42,000.00 for the mineral and royalty interests.

**3.**

The Trustee requests that the sale Motion be set for an actual hearing before the Court at which hearing the Trustee might be authorized and directed to sell the mineral and royalty interests to the then highest bidder.

SIGNED this 12th day of August 2021.

1

Respectfully submitted,

_____
John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
(830) 407-5115
(830) 407-5117
Email: pat.lowe.law@gmail.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Trustee's Response to the Motion to Sell Mineral and Royalty Interests in Gaines County, Texas to Platform Energy IV, LLC. Free and Clear of Liens, and the proposed Order, have been served on the parties on the attached Service List, by the CM/ECF system; or by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Motion on this the 12th day of August 2021.

_____
Patrick Lowe

2